E-FILED
Friday, 04 June, 2010  03:09:49 PM
Clerk, U.S. District Court, ILCD

# UNITED STATED DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

| | |
|---|---|
| MINOR T.G., a minor student, by ) <br> MR. & MRS. T.G, as Parents & ) <br> Next Friend, and Each Individually, ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> MIDLAND SCHOOL DISTRICT 7, ) <br> & ILLINOIS STATE BOARD OF ) <br> EDUCATION & CHRIS KOCH, ) <br> IN HIS OFFICIAL CAPACITY AS ) <br> ISBE SUPERINTENDENT. ) <br> ) <br> Defendants. ) | Case No: 1:09-CV-01392 <br> Judge: Joe Billy McDade <br> Magistrate Judge: John A. Gorman |

## MOTION FOR LEAVE TO FILE
## SECOND AMENDED COMPLAINT

NOW COMES Plaintiffs, by and through their Counsel, Sheri L Bianchin, Voice-Advocacy, and Joseph Daniel Thomas, and pursuant to F.R.C.P. 15(a) and CDIL-LR 7.1(E) and move for leave to file their Second Amended Complaint against Defendant MIDLAND SCHOOL DISTRICT 7 ("District" or "School District") and Defendant ILLINOIS STATE BOARD OF EDUCATION ("ISBE"), and say as follows:

1. On 7/17/09, Impartial Hearing Officer ("IHO") Kristine L. Anderson issued a final administrative Decision and Order (the "Final Order") in ISBE Case No. 2008-132 following a special education due process hearing pursuant to IDEA and related state law.

2. On 11/23/09 the Plaintiffs filed their original Complaint to appeal that administrative decision by the ISBE, and that original Complaint was entered by the Clerk of the Court on 11/24/09.

3. On 5/10/10, the Plaintiffs filed their First Amended Complaint.

4.	On 5/27/10, the District filed its Answer to the First Amended Complaint, and its Motions to Dismiss Count IV and Count V and to Strike Portions of that First Amended Complaint.

5.	The District's said filings identified certain allegations which may lack factual detail sufficient for the Defendants to make specific responses and may lack clarity as to notice as to the Plaintiffs intent to request supplemental evidence.

6.	The Plaintiffs hereby move for leave to file their Second Amended Complain, instanter, which are all attached here in order to provide increased detail in their allegations to allow the Defendants to understand the Plaintiffs' legal case and respond in a manner that will advance the proceedings and narrow the facts in contention.

7.	This motion is not made for purposes of undue delay, but is made in good faith for the purpose of adequately providing notice to the Defendants of the Plaintiffs' claims, allegations and anticipated supplemental evidence, and to foster judicial efficiency.

**THEREFORE**, the Plaintiffs pray that the Court enter the attached Second Amended Complaint in order to allow for more detail in the Plaintiffs' allegations to aid in presenting the merits of their case.

Respectfully submitted 6/4/10,

s/Sheri L. Bianchin
LEAD ATTORNEY FOR PETITIONERS

SHERI L. BIANCHIN
Attorney at Law
Voice-Advocacy
7302 Lakeside Ct.
Frankfort, IL 60423
ARDC No. 6208619
(815) 469-4929
(708)717-8393

**UNITED STATED DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION**

| | |
|---|---|
| MINOR T.G., a minor student, by ) <br> MR. & MRS. T.G, ) <br> as Parents & Next Friend, and Each ) <br> Individually, ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> MIDLAND SCHOOL DISTRICT 7, ) <br> & ILLINOIS STATE BOARD OF ) <br> EDUCATION & CHRIS KOCH, ) <br> IN HIS OFFICIAL CAPACITY AS ) <br> ISBE SUPERINTENDENT. ) <br> ) <br> Defendants. ) | Case No: 1:09-CV-01392 <br> Judge: Joe Billy McDade <br> Magistrate Judge: John A. Gorman |

**CERTIFICATE OF SERVICE**

     I hereby certify that on June 4, 2010, I electronically filed the foregoing and its attachments which include a Second Amended Complaint and attachments, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

1)     Nancy Fredman Krent
2)     Jay Kraning
3)     Lori G. Martin
       HODGES, LOIZZI, EISENHAMMER,
       RODICK & KOHN LLP
       3030 Salt Creek Lane, Suite 202
       Arlington Heights, Illinois 60005
       phone (847) 670-9000
       fax (847) 670-7334
       nkrent@hlerk.com
       jkraning@hlerk.com
       lmartin@hlerk.com

and

4)     Joanne M. Olson
    Assistant Attorney General
    Attorney for Defendant - ISBE
    Office of the Attorney General
    500 South Second Street
    Springfield, IL 62706
    jolson@atg.state.il.us

and I hereby certify that on June 4, 2010, I have mailed by United States Postal Service, the document to the following non-registered participant:

    none

s/Sheri L. Bianchin
LEAD ATTORNEY FOR PETITIONERS

SHERI L. BIANCHIN
Attorney at Law
Voice-Advocacy
7302 Lakeside Ct.
Frankfort, IL 60423
ARDC No. 6208619
(815) 469-4929
(708) 717-8393