## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| MINOR T.G. a minor student, by Mr. And Mrs. T.G., as Parents & Next Friend, and Each Individually,<br>　　　Plaintiffs,<br><br>　　-vs-<br><br>MIDLAND SCHOOL DISTRICT 7, & ILLINOIS STATE BOARD OF EDUCATION, and CHRIS KOCH, in his Official Capacity as ISBE Superintendent.<br>　　　Defendants. | )<br>)<br>)<br>)<br>)<br>) No. 09-1392<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANTS' MOTION TO ADOPT

NOW COME the Defendants, ILLINOIS STATE BOARD OF EDUCATION, (hereinafter "ISBE") and CHRIS KOCH, by and through their counsel, LISA MADIGAN, Attorney General of the State of Illinois, and hereby move to adopt Defendant Midland School District No. 7's Motion to Strike Plaintiffs' Fourth Amended Complaint (Doc. #78).

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　ILLINOIS STATE BOARD OF EDUCATION AND
　　　　　　　　　　　　　　　　　　CHRIS KOCH,
　　　　　　　　　　　　　　　　　　　　Defendants,
　　　　　　　　　　　　　　　　　　LISA MADIGAN, Attorney General,
　　　　　　　　　　　　　　　　　　State of Illinois,
　　　　　　　　　　　　　　　　　　　　Attorney for Defendants.
　　　　　　　　　　　　　　　　　　s/Joanne M. Olson

　　　　　　　　　　　　　　　　　　Joanne M. Olson, #6293500
　　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　　Attorney for Defendants
　　　　　　　　　　　　　　　　　　500 South Second Street
　　　　　　　　　　　　　　　　　　Springfield, IL  62706
　　　　　　　　　　　　　　　　　　Telephone:  (217) 782-1841
　　　　　　　　　　　　　　　　　　Facsimile:  (217) 524-5091
　　　　　　　　　　　　　　　　　　jolson@atg.state.il.us

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| MINOR T.G. a minor student, by Mr. And Mrs. T.G., as Parents & Next Friend, and Each Individually,<br>　　　Plaintiffs, | )<br>)<br>)<br>) | |
| -vs- | )<br>) | No. 09-cv-1392 |
| MIDLAND SCHOOL DISTRICT 7, & ILLINOIS STATE BOARD OF EDUCATION, and CHRIS KOCH, in his Official Capacity as ISBE Superintendent.<br>　　　Defendants. | )<br>)<br>)<br>)<br>)<br>) | |

**Certificate of Service**

I hereby certify that on September 21, 2010, I presented the foregoing Defendants' Motion to Adopt to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following:

> Joseph Daniel Thomas
> j.thomaslaw.thomas42@gmail.com
> Sheri L. Bianchin
> Sbianchin@sbcglobal.net
> Nancy Fredman Krent
> nkrent@hlerk.com
> Lori Geist Martin
> lmartin@hlerk.com

and I hereby certify that on September 21, 2010, I have mailed by United States Postal Service, the document to the following non-registered participant:

> Respectfully submitted,
>
> s/Joanne M. Olson
> Joanne M. Olson, #6293500
> Assistant Attorney General
> 500 South Second Street
> Springfield, IL  62706
> Telephone:  (217) 782-1841
> Facsimile:  (217) 524-5091
> E-mail: jolson@atg.state.il.us