UNITED STATED DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| MINOR T.G., a minor student, by ) <br> MR. & MRS. T.G, ) <br> as Parents & Next Friend, and Each ) <br> Individually, ) <br> ) <br>     Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> MIDLAND SCHOOL DISTRICT 7, ) <br> & ILLINOIS STATE BOARD OF ) <br> EDUCATION & CHRIS KOCH, ) <br> IN HIS OFFICIAL CAPACITY AS ) <br> ISBE SUPERINTENDENT. ) <br> ) <br>     Defendants. ) | Case No: 1:09-CV-01392 <br> Hon. Judge: Joe Billy McDade <br> Hon. Magistrate Judge: John A. Gorman <br><br> Equitable Relief Requested |

## MOTION FOR LEAVE TO FILE
## FOURTH AMENDED COMPLAINT

NOW COME, Plaintiffs, by and through their Counsel, Sheri L Bianchin, Voice-Advocacy, and Joseph Daniel Thomas, Attorney at Law, and pursuant to CDIL-LR 6.1 and 7.1 hereby move for leave to file Fourth Amended Complaint as to Defendants Illinois State Board of Education ("ISBE") and Christopher Koch ("Koch"), and the Midland School District 7 ("District") and say as follows:

1. On August 24th, Defendants ISBE and Koch together filed their Motion to Dismiss Plaintiffs Third Amended Complaint (# 69) along with their accompanying Memorandum of Support (#70).

2. On August 26, Defendant District filed its Motion to Dismiss Counts IV, V and VI and to Strike portions of Plaintiffs' Third Amended Complaint (# 73) along with and their accompanying Memorandum of Law (#74).

.

3.  By September 20, 2010, this Court Ordered the Plaintiffs to file responses to Defendants' Motions to Dismiss or otherwise plead.

4. The Defendants had raised numerous arguments regarding claims, allegations and applications of the §1983 statute of limitations to those claims and allegations requiring extensive legal research and redrafting by the Plaintiffs' counsel.

5. On September 20, 2010, Plaintiffs filed the Fourth Amended Complaint (# 77) late on the final day granted by this Court for otherwise pleading.

6. The filing actually made in a timely fashion included a lengthy Amended Complaint and six lengthy exhibits

7. The Fourth Amended Complaint is responsive to arguments made in the Defendants' Motions to Dismiss and advances the case by giving greater particularity to the extant issues of disability discrimination and retaliation in this long-standing dispute involving the Plaintiff child with a disability and her family.

8. While the Counsel for the Defendants now attempt to trivialize the issues alleged in the Fourth Amended Complaint, the Illinois Attorney General's Office itself has not found these matters so trivial in the past, as witnessed by one of its exhibits: #77-3 "This continuing harassment must cease immediately."

9. Although the Fourth Amended Complaint was otherwise filed properly, the Plaintiffs' counsel inadvertently failed to file with it a motion for leave to file the Fourth Amended Complaint.

10. The hour of filing was late, and in the flurry of paper the Plaintiffs' counsel were unaware of the error until today, September 21, 2010, when Defendant District filed its Motion to Strike the Amended Complaint and Defendant ISBE & Koch filed their Motion to Adopt it.

11. The Plaintiffs and their counsel apologize to the Court for this mistake.

12. Generally, leave to amend a Complaint shall be granted be freely given when justice so requires. FRCP 15(a)(2).

13. The 41 page Fourth Amended Complaint and its six exhibits were timely filed pursuant to the Text Order of September 8, 2010 by which the Court granted an extension of time to respond to pending motions to dismiss or otherwise plead.

14. The Defendants cannot reasonably posture as shocked and surprised that the Plaintiffs' are unfairly choosing to "otherwise plead" since that was the choice the Court granted the Plaintiffs by its Order.

15. The concern here for the Court is the potential prejudice the one-day delay of the Motion for Leave to File may have caused the Defendants.

16. While Plaintiffs' counsel regrets the late filing of their Motion, the failure to include the motion for leave to file is minor as no prejudice can be shown by the Defendants during this 24 hour period.

17. The importance of the issues to be addressed is great, as recounted in the Fourth Amended Complaint, and denial of leave to file it would yield a draconian result for the Plaintiffs.

18. The Plaintiffs have engaged in a long and extensive effort to exhaust their administrative remedies and obtain a hearing on the merits before this Honorable Court.

19. For these reasons, Plaintiffs' counsel humbly make this Motion for Leave to File the Fourth Amended Complaint and plead that it be granted.

**THEREFORE**, the Plaintiffs respectfully move for an Order from this Honorable Court granting:

1) Leave to File the Fourth Amended Complaint, and

2) For all other relief the Court deems just and proper in the circumstances.

Respectfully submitted,

<u>s/Sheri L. Bianchin</u>
Lead Attorney for Plaintiffs

Dated: September 21, 2010

SHERI L. BIANCHIN
Attorney at Law
Voice-Advocacy
7302 Lakeside Ct.
Frankfort, IL 60423
ARDC No. 6208619
(815) 469-4929
(708)717-8393



JOSEPH DANIEL THOMAS
Attorney at Law
Co-counsel
26034 S. Locust Pl.
Monee, IL 60449-8082
ARDC No. 6212202
312.296.8203 Fax 800.882.3714
j.thomaslaw.thomas42@gmail.com

UNITED STATED DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| MINOR T.G., a minor student, by ) | |
| MR. & MRS. T.G, ) | |
| as Parents & Next Friend, and Each ) | |
| Individually, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No: 1:09-CV-01392 |
| ) | Hon. Judge: Joe Billy McDade |
| MIDLAND SCHOOL DISTRICT 7, ) | Hon. Magistrate Judge: John A. Gorman |
| & ILLINOIS STATE BOARD OF ) | |
| EDUCATION & CHRIS KOCH, ) | Equitable Relief Requested |
| IN HIS OFFICIAL CAPACITY AS ) | |
| ISBE SUPERINTENDENT. ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2010 I presented the foregoing Motion for Leave to File the Fourth Amended Complaint to the Clerk of the Court for filing and uploading to the CM/ECF system which is asked to send notification of such filing to the following:

1) Attorney Nancy Freidman Krent
2) Attorney Jay Kraning
3) Attorney Lori G. Martin
On behalf of Defendant Midland School District
HODGES, LOIZZI, EISENHAMMER,
RODICK & KOHN LLP
3030 Salt Creek Lane, Suite 202
Arlington Heights, Illinois 60005
phone (847) 670-9000
fax (847) 670-7334
nkrent@hlerk.com
jkraning@hlerk.com
lmartin@hlerk.com

and

4) Joanne M. Olson
Assistant Attorney General
Attorney for Defendant - ISBE
Office of the Attorney General
500 South Second Street
Springfield, IL 62706
jolson@atg.state.il.us

and I hereby certify that I have mailed by United States Postal Service, the document to the following non-registered participant: none.

s/SHERI L. BIANCHIN
Lead Attorney for Petitioners

Sheri L. Bianchin
Attorney at Law
Voice-Advocacy
7302 Lakeside Ct.
Frankfort, IL 60423
ARDC No. 6208619
(815) 469-4929
(708)717-8393

JOSEPH DANIEL THOMAS
Attorney at Law
Co-counsel
26034 S. Locust Pl.
Monee, IL 60449-8082
ARDC No. 6212202
312.296.8203 Fax 800.882.3714
j.thomaslaw.thomas42@gmail.com
